**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

Date: March 25, 2026

| | | |
|---|---|---|
| HAI THAHN NGUYEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00489-JD |
| | ) | |
| PAMELA BONDI, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

**<u>ENTER ORDER:</u>**

TO THE CLERK OF COURT:

Please enter the following order in the above-entitled cause:

Case reassigned to Judge Scott L. Palk.

HEREAFTER, PLEASE REFER TO CASE AS: CIV-26-00489-SLP.

Please note that for future filings in this case, the letter at the end of the number should now be "SLP" rather than "JD". This is important to ensure the prompt distribution of pleadings to the proper judge.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:   /s/ *Carol Ditta*
Deputy Clerk